IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK HANKIN** and | : | CIVIL ACTION |
| **HANMAR ASSOCIATES, MLP,** | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **JDS UNIPHASE CORPORATION,** | : | NO. 11-3149 |
| **Defendant.** | : | |

## ORDER

AND NOW, this 6th day of November, 2012, upon consideration of the Plaintiffs' Petition to Partially Confirm and Partially Vacate the Arbitration Award (Docket No. 1), the Defendant's Cross-Motion to Confirm the Arbitration Award (Docket No. 7), the Plaintiffs' Opposition thereto (Docket No. 13), the Defendant's Reply in support thereof (Docket No. 15), and the contentions and arguments of the parties presented at oral argument, it is hereby ORDERED that the Defendant's Motion (Docket No. 7) is GRANTED and the Plaintiffs' Petition (Docket No. 1) is GRANTED IN PART and DENIED IN PART. The Clerk of Court shall mark the action as closed.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge